# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
February 25, 2019

Lyle W. Cayce
Clerk

No. 18-30687
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ANTHONY F. GIAIMIS, also known as Tony Giaimis,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:12-CR-74-3

Before DENNIS, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Anthony F. Giaimis in this appeal from the denial of his 18 U.S.C. § 3582(c)(2) motion has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Giaimis has filed a response wherein he moves to dismiss his § 3582(c)(2) motion without prejudice.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-30687

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Giaimis's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Giaimis's motion to withdraw his § 3582(c)(2) motion without prejudice is DENIED. *See United States v. Calton*, 900 F.3d 706, 710-11 (5th Cir. 2018).